**Order entered January 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01623-CV

### IN RE RUBIN CRAIN IV, Relator

**Original Proceeding from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-54318-Y**

## ORDER

Based on the Court's opinion of this date, we **DISMISS** the petition for writ of mandamus. We **ORDER** relator to bear the costs of this original proceeding.

/s/    LANA MYERS
       JUSTICE